UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| STEVEN RAY EDWARDS, | CASE NO. SACV 06-1024-DSF (FFM) |
| Petitioner, | |
| v. | JUDGMENT |
| JAMES YATES, Warden, | |
| Respondent. | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: 3/7/11

DALE S. FISCHER
United States District Judge